THE HONORABLE FRANKLIN D. BURGESS

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JAMES DANNENBAUM, JOSE H. MELENDEZ and all other similarly situated employees of Defendants,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CSK AUTO, INC., an Arizona Corporation; ROBIN SCHOFIELD and JANE DOE SCHOFIELD, husband and wife; CHET BRADLEY and JANE DOE BRADLEY, husband and wife; TIM MASON and JANE DOE MASON, husband and wife; and JOHN DOES 1 THROUGH 10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No.: C04-5199 FDB<br><br>STIPULATED MOTION FOR EXTENSION OF CERTAIN CASE SCHEDULE DEADLINES |

　　　Through their counsel, plaintiffs James Dannenbaum and Jose Melendez and defendants, CSK Auto, Inc., Chet Bradley, Robin Schofield, and Tim Mason and their spouses (collectively, "Defendants"), hereby stipulate as follows:

　　　1.　The parties have conferred about alternative discovery and case schedule deadlines in this matter because the parties need some additional time to complete their discovery. The parties now jointly move the Court for the following extensions of discovery deadlines in the case schedule:

STIPULATED MOTION FOR EXTENSION OF
CERTAIN CASE SCHEDULE DEADLINES - 1
(C04-5199 FDB)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

| Deadline | Date |
|---|---|
| Expert Witness Disclosures | 6/3/05 |
| Rebuttal Expert Disclosures | 7/1/05 |
| Discovery Cutoff (except expert depositions) | 7/15/05 |
| Deadline for Mediation (Settlement Report) | 7/22/05 |
| Objections to Opposition's Expert Witnesses | 7/29/05 |
| Deadline for Filing Motions (except Motions in Limine) | 8/4/05 |

2.   Given the time lines above, the parties agree that they should be permitted to take expert depositions at mutually agreeable times following the discovery cutoff. The parties agree that neither the above deadline extensions nor the post-cutoff expert depositions will have any impact on any of the later deadlines in the case schedule, including the trial date and the deadlines for filing trial-related pleadings.

3.   Based on the above, the parties respectfully request that the Court enter the accompanying [Proposed] Order Extending Case Schedule Deadlines.

DATED this 18th day of April, 2005.

LAW OFFICE OF GRANT & ASSOCIATES         JACKSON LEWIS LLP

By: /s/ K Bell for - per telephonic authorization    By: /s/ K Bell
Artis C. Grant, Jr. WSBA #26204                Karen P. Kruse, WSBA #19857
Roxanne Rarangol, WSBA #30340                  Kristin Bell, WSBA #32766
Attorneys for Plaintiff                        Attorneys for Defendants

STIPULATED MOTION FOR EXTENSION OF
CERTAIN CASE SCHEDULE DEADLINES - 2
(C04-5199 FDB)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

## DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the United States of America that a true and accurate copy of the document to which this declaration is affixed was sent via US mail and facsimile, on this 18 day of April, 2005, to:

Artis C. Grant, Jr. WSBA #26204
Roxanne Rarangol, WSBA #30340
Law Office of GRANT and ASSOCIATES
The Law Dome
3002 South 47th Street
Tacoma, WA 98409
253.473.9695

Dated this 18 day of April, 2005, at Seattle, Washington.

_____
Andrea W. Preston

STIPULATED MOTION FOR EXTENSION OF
CERTAIN CASE SCHEDULE DEADLINES - 3
(C04-5199 FDB)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404