THE HONORABLE FRANKLIN D. BURGESS

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JAMES DANNENBAUM, JOSE H. MELENDEZ and all other similarly situated employees of Defendants,<br><br>Plaintiffs,<br><br>vs.<br><br>CSK AUTO, INC., an Arizona Corporation; ROBIN SCHOFIELD and JANE DOE SCHOFIELD, husband and wife; CHET BRADLEY and JANE DOE BRADLEY, husband and wife; TIM MASON and JANE DOE MASON, husband and wife; and JOHN DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No.: C04-5199 FDB<br><br>ORDER EXTENDING CERTAIN CASE SCHEDULE DEADLINES |

This matter comes before the Court on the parties' Stipulated Motion for Extension of Certain Case Schedule Deadlines ("Stipulated Motion"). In the Stipulated Motion, the parties seek extensions of certain deadlines in the case schedule based on their need for some additional time to complete discovery. The parties have represented to the Court that these extensions will not have any impact on any of the later deadlines in the case schedule, including the trial date and the deadlines for filing trial-related pleadings. Based on the Stipulated Motion and the records and files herein, the Court finds good cause to grant the extensions requested.

ORDER EXTENDING CERTAIN
CASE SCHEDULE DEADLINES - 1
(C04-5199 FDB)

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

Accordingly, it is hereby ORDERED that:

1. The following case schedule deadlines are extended to the dates set forth below:

| **Deadline** | **Date** |
|---|---|
| Expert Witness Disclosures | 6/3/05 |
| Rebuttal Expert Disclosures | 7/1/05 |
| Discovery Cutoff (except expert depositions) | 7/15/05 |
| Deadline for Mediation (Settlement Report) | 7/22/05 |
| Objections to Opposition's Expert Witnesses | 7/29/05 |
| Deadline for Filing Motions (except Motions in Limine) | 8/4/05 |

2. The parties may take expert depositions at mutually agreeable times after the discovery cutoff, provided that those post-cutoff depositions shall have no impact on the trial date or other pretrial deadlines.

3. All other dates in the Order Setting Trial and Related Dates shall remain unaffected.

DATED this 19th day of April 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

JACKSON LEWIS LLP

By: _____
Karen P. Kruse, WSBA #19857
Kristin Bell, WSBA #32766
Attorneys for Defendants

Approved for Entry, Notice of Presentation Waived:
LAW OFFICE OF GRANT & ASSOCIATES

By: _____
Artis C. Grant, Jr. WSBA #26204
Roxanne Rarangol, WSBA #30340
Attorneys for Plaintiff

ORDER EXTENDING CERTAIN
CASE SCHEDULE DEADLINES - 2
(C04-5199 FDB)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

## DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the United States of America that a true and accurate copy of the document to which this declaration is affixed was sent via US mail and facsimile, on this _____ day of April, 2005, to:

Artis C. Grant, Jr. WSBA #26204
Paula T. Olson, WSBA #11584
Roxanne Rarangol, WSBA #30340
Law Office of GRANT and ASSOCIATES
The Law Dome
3002 South 47th Street
Tacoma, WA  98409
253.473.9695

Dated this _____ day of April, 2005, at Seattle, Washington.

Andrea W. Preston

ORDER EXTENDING CERTAIN
CASE SCHEDULE DEADLINES - 3
(C04-5199 FDB)

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404