THE HONORABLE FRANKLIN D. BURGESS

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JAMES DANNENBAUM, JOSE H. MELENDEZ and all other similarly situated employees of Defendants,<br><br>Plaintiffs,<br><br>vs.<br><br>CSK AUTO, INC., an Arizona Corporation; ROBIN SCHOFIELD and JANE DOE SCHOFIELD, husband and wife; CHET BRADLEY and JANE DOE BRADLEY, husband and wife; TIM MASON and JANE DOE MASON, husband and wife; and JOHN DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No.:  C04-5199 FDB<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF JAMES DANNENBAUM** |

## STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties, by and through their counsel of record, request the Court dismiss this litigation with prejudice, and without costs or attorney's fees to any party in the litigation captioned above.

//

//

//

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL RE: JAMES DANNENBAUM - 1
(C04-5199 FDB)

Jackson Lewis LLP
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

Dated this ____ day of July, 2005.

| LAW OFFICES OF GRANT & ASSOCIATES | JACKSON LEWIS LLP |
|---|---|
| *Artis Grant Jr* 7/20/05<br>Artis C. Grant, WSBA No. 26204<br>Attorney for Plaintiff James Dannenbaum | /s/ Karen P. Kruse<br>Karen P. Kruse, WSBA No. 19857<br>Kristin S. Bell, WSBA No. 32766<br>Attorneys for Defendants |

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL RE: JAMES DANNENBAUM - 2
(C04-5199 FDB)

Jackson Lewis LLP
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

# ORDER

Based upon the foregoing stipulation of the parties, it is hereby:

ORDERED that the above-captioned matter be dismissed with prejudice as to plaintiff James Dannenbaum and all defendants and without attorney's fees or costs to any party.

DATED this _____ day of July, 2005.

_____
HONORABLE FRANKLIN D. BURGESS

Presented by:

JACKSON LEWIS LLP

By  /s/ Karen P. Kruse
    Karen P. Kruse, WSBA No. 19857
    Kristin S. Bell, WSBA No. 32766
    Attorneys for Defendants

Approved as to form; Notice of presentation waived.

LAW OFFICE OF GRANT & ASSOCIATES

By  *Artis Grant*
    Artis C. Grant, WSBA No. 26204
    Attorney for Plaintiff James Dannenbaum

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL RE: JAMES DANNENBAUM - 3
(C04-5199 FDB)

Jackson Lewis LLP
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404