THE HONORABLE FRANKLIN D. BURGESS

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JAMES DANNENBAUM, JOSE H. MELENDEZ and all other similarly situated employees of Defendants,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CSK AUTO, INC., an Arizona Corporation; ROBIN SCHOFIELD and JANE DOE SCHOFIELD, husband and wife; CHET BRADLEY and JANE DOE BRADLEY, husband and wife; TIM MASON and JANE DOE MASON, husband and wife; and JOHN DOES 1 THROUGH 10, inclusive,<br><br>　　　　Defendants. | Case No.: C04-5199 FDB<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF JAMES DANNENBAUM** |

## STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties, by and through their counsel of record, request the Court dismiss this litigation with prejudice, and without costs or attorney's fees to any party in the litigation captioned above.

//

//

//

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL RE: JAMES DANNENBAUM - 1
(C04-5199 FDB)

**Jackson Lewis LLP**
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

1 | Dated this ____ day of July, 2005.

| LAW OFFICES OF GRANT & ASSOCIATES | JACKSON LEWIS LLP |
|---|---|
| _____ | /s/ Karen P. Kruse |
| Artis C. Grant, WSBA No. 26204 | Karen P. Kruse, WSBA No. 19857 |
| Attorney for Plaintiff James Dannenbaum | Kristin S. Bell, WSBA No. 32766 |
| | Attorneys for Defendants |

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL RE: JAMES DANNENBAUM - 2
(C04-5199 FDB)

**Jackson Lewis LLP**
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

## ORDER

Based upon the foregoing stipulation of the parties, it is hereby:

ORDERED that the above-captioned matter be dismissed with prejudice as to plaintiff James Dannenbaum and all defendants and without attorney's fees or costs to any party.

DATED this 28th day of July 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

JACKSON LEWIS LLP


By   /s/ Karen P. Kruse
     Karen P. Kruse, WSBA No. 19857
     Kristin S. Bell, WSBA No. 32766
     Attorneys for Defendants


Approved as to form; Notice of presentation waived.

LAW OFFICE OF GRANT & ASSOCIATES


By _____
     Artis C. Grant, WSBA No. 26204
     Attorney for Plaintiff James Dannenbaum

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL RE: JAMES DANNENBAUM - 3
(C04-5199 FDB)

**Jackson Lewis LLP**
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

**DECLARATION OF SERVICE**

The undersigned declares under penalty of perjury under the laws of the United States of America that a true and accurate copy of the document to which this declaration is affixed was sent via U.S. Mail on this _____ day of _____, 2005, to:

Artis C. Grant, Jr. WSBA #26204
Roxanne L. Rarangol, WSBA #30340
Law Office of GRANT and ASSOCIATES
The Law Dome
3002 South 47th Street
Tacoma, WA  98409
253.473.9695

Dated this _____ day of _____, 2005, at Seattle, Washington.

_____
Sheryl Fogarty

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL RE: JAMES DANNENBAUM - 4
(C04-5199 FDB)

**Jackson Lewis LLP**
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404