THE HONORABLE FRANKLIN D. BURGESS

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JAMES DANNENBAUM, JOSE H. MELENDEZ and all other similarly situated employees of Defendants,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CSK AUTO, INC., an Arizona Corporation; ROBIN SCHOFIELD and JANE DOE SCHOFIELD, husband and wife; CHET BRADLEY and JANE DOE BRADLEY, husband and wife; TIM MASON and JANE DOE MASON, husband and wife; and JOHN DOES 1 THROUGH 10, inclusive,<br><br>        Defendants. | Case No.:   C04-5199 FDB<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF JAMES DANNENBAUM** |

**STIPULATION**

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties, by and through their counsel of record, request the Court dismiss this litigation with prejudice, and without costs or attorney's fees to any party in the litigation captioned above.

//

//

//

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL RE: JAMES DANNENBAUM - 1
(C04-5199 FDB)

**Jackson Lewis LLP**
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

1    Dated this _____ day of July, 2005.

2

3   LAW OFFICES OF GRANT &                JACKSON LEWIS LLP
    ASSOCIATES
4

5                                                /s/ Karen P. Kruse
    _____    _____
6   Artis C. Grant, WSBA No. 26204       Karen P. Kruse, WSBA No. 19857
    Attorney for Plaintiff James Dannenbaum   Kristin S. Bell, WSBA No. 32766
7                                          Attorneys for Defendants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR VOLUNTARY                    **Jackson Lewis LLP**
DISMISSAL RE: JAMES DANNENBAUM - 2              600 University Street, Suite 2900
(C04-5199 FDB)                                      Seattle, Washington 98101
                                                         (206) 405-0404

**ORDER**

Based upon the foregoing stipulation of the parties, it is hereby:

ORDERED that the above-captioned matter be dismissed with prejudice as to plaintiff James Dannenbaum and all defendants and without attorney's fees or costs to any party.

DATED this 28th day of July 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

JACKSON LEWIS LLP

By     /s/ Karen P. Kruse
      Karen P. Kruse, WSBA No. 19857
      Kristin S. Bell, WSBA No. 32766
      Attorneys for Defendants

Approved as to form; Notice of presentation waived.

LAW OFFICE OF GRANT & ASSOCIATES

By _____
      Artis C. Grant, WSBA No. 26204
      Attorney for Plaintiff James Dannenbaum

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL RE: JAMES DANNENBAUM - 3
(C04-5199 FDB)

1

**DECLARATION OF SERVICE**

2        The undersigned declares under penalty of perjury under the laws of the United States of

3    America that a true and accurate copy of the document to which this declaration is affixed was

4    sent via U.S. Mail on this _____ day of _____, 2005, to:

5

6                      Artis C. Grant, Jr. WSBA #26204
                      Roxanne L. Rarangol, WSBA #30340

7                    Law Office of GRANT and ASSOCIATES
                            The Law Dome

8                      3002 South 47th Street
                        Tacoma, WA  98409

9                          253.473.9695

10

11        Dated this _____ day of _____, 2005, at Seattle, Washington.

12

13                        _____
                        Sheryl Fogarty

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL RE: JAMES DANNENBAUM - 4
(C04-5199 FDB)

**Jackson Lewis LLP**
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404