THE HONORABLE FRANKLIN D. BURGESS

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JAMES DANNENBAUM, JOSE H. MELENDEZ and all other similarly situated employees of Defendants,<br><br>Plaintiffs,<br><br>vs.<br><br>CSK AUTO, INC., an Arizona Corporation; ROBIN SCHOFIELD and JANE DOE SCHOFIELD, husband and wife; CHET BRADLEY and JANE DOE BRADLEY, husband and wife; TIM MASON and JANE DOE MASON, husband and wife; and JOHN DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No.:  C04-5199 FDB<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF JOSE H. MELENDEZ** |

## STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties, by and through their counsel of record, request the Court dismiss this litigation with prejudice, and without costs or attorney's fees to any party in the litigation captioned above.

//

//

//

STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL RE: JOSE H. MELENDEZ - 1
(C04-5199 FDB)

**Jackson Lewis LLP**
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

1    Dated this ____ day of July, 2005.

2

3  LAW OFFICES OF GRANT &                    JACKSON LEWIS LLP
   ASSOCIATES
4

5
   _____              /s/ Karen P. Kruse
6  Artis C. Grant, WSBA No. 26204            Karen P. Kruse, WSBA No. 19857
   Attorney for Plaintiff Jose H. Melendez   Kristin S. Bell, WSBA No. 32766
7                                            Attorneys for Defendants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR VOLUNTARY                    **Jackson Lewis LLP**
DISMISSAL RE: JOSE H. MELENDEZ - 2              600 University Street, Suite 2900
(C04-5199 FDB)                                      Seattle, Washington 98101
                                                         (206) 405-0404

# ORDER

Based upon the foregoing stipulation of the parties, it is hereby:

ORDERED that the above-captioned matter be dismissed with prejudice as to plaintiff Jose H. Melendez and all defendants and without attorney's fees or costs to any party.

DATED this 28th day of July 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

JACKSON LEWIS LLP

By  /s/ Karen P. Kruse
    Karen P. Kruse, WSBA No. 19857
    Kristin S. Bell, WSBA No. 32766
    Attorneys for Defendants

Approved as to form; Notice of presentation waived.

LAW OFFICE OF GRANT & ASSOCIATES

By  _____
    Artis C. Grant, WSBA No. 26204
    Attorney for Plaintiff Jose H. Melendez

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL RE: JOSE H. MELENDEZ - 3
(C04-5199 FDB)

**Jackson Lewis LLP**
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

1
## DECLARATION OF SERVICE

2    The undersigned declares under penalty of perjury under the laws of the United States of

3    America that a true and accurate copy of the document to which this declaration is affixed was

4    sent via U.S. Mail on this _____ day of _____, 2005, to:

5
6    Artis C. Grant, Jr. WSBA #26204
     Roxanne L. Rarangol, WSBA #30340
7    Law Office of GRANT and ASSOCIATES
     The Law Dome
8    3002 South 47th Street
     Tacoma, WA  98409
9    253.473.9695

10
11    Dated this _____ day of _____, 2005, at Seattle, Washington.

12
13                                                    _____
                                                      Sheryl Fogarty
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL RE: JOSE H. MELENDEZ - 4
(C04-5199 FDB)

**Jackson Lewis LLP**
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404